THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division                    E-Filed: **3/27/09**
STEVEN R. WELK                                        **JS-6**
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Special Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-0304
   Facsimile:    (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America


                 UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                      WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                )<br>      Plaintiff, )<br>                )<br>      v.     )<br>                )<br>$9,625.38.00 IN U.S. )<br>CURRENCY, ET AL., )<br>                )<br>      Defendants. )<br>――――――――――――――――――――)<br>                )<br>JIALI GUAN AKA DENISE GUAN )<br>AND XIUYI GUAN AKA JESSIE )<br>GUAN, )<br>                )<br>      Claimants. )<br>――――――――――――――――――――) | NO.  CV 08-07707 GHK(FFMx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT OF<br>FORFEITURE** |

     This action was filed on November 21, 2008.  Notice was given

and published in accordance with law.  Claimants Jiali Guan AKA

Denise Guan and Xiuyi Guan AKA Jessie Guan ("claimants") filed a

verified claim on December 24, 2008, and an answer on January 12, 2009.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimants have reached an agreement that is dispositive of the action.   The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law. All potential claimants to the defendants $9,625.38 and $16,303.00 in U.S. currency (a total of $25,928.38 in U.S. currency)("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $17,928.38 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.   The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   $8,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants, and be returned in care of their attorney, Theodore S. Flier.  Said funds shall be forwarded by a check made payable in the amount of $8,000.00 to "Flier

1         & Flier Trust Account" and shall be mailed to Theodore S.

2         Flier, 15821 Ventura Blvd., Suite 567, Encino, CA 91436.

3    5.    Claimants hereby release the United States of America,

4         its agencies, agents, and officers, including employees

5         and agents of the Drug Enforcement Administration, from

6         any and all claims, actions or liabilities arising out of

7         or related to this action, including, without limitation,

8         any claim for attorney's fees, costs or interest which

9         may be asserted on behalf of the claimants, whether

10         pursuant to 28 U.S.C. § 2465 or otherwise.

11    6.    The court finds that there was reasonable cause for the

12         seizure of the defendant currency and institution of

13         these proceedings.  This judgment shall be construed as

14         a certificate of reasonable cause pursuant to 28 U.S.C.

15         § 2465.

16 Dated:    3/27   , 2009

17

18                  _____

19                  THE HONORABLE GEORGE H. KING
                     UNITED STATES DISTRICT JUDGE

20

21 **[Signatures of counsel appear on the next page.]**

22

23

24

25

26

27

28

1    **Approved as to form and content:**

2    Dated: March        , 2009    THOMAS P. O'BRIEN
                                   United States Attorney
3                                  CHRISTINE C. EWELL
                                   Assistant United States Attorney
4                                  Chief, Criminal Division
                                   STEVEN R. WELK
5                                  Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
6
                                   _____
7                                  P. GREG PARHAM
                                   Special Assistant United States Attorney
8                                  Asset Forfeiture Section

9                                  Attorneys for Plaintiff
                                   United States of America
10

11   Dated: March        , 2009

12                                 _____
                                   THEODORE S. FLIER
13                                 Attorney for Claimants
                                   Jiali Guan AKA Denise Guan and
14                                 Xiuyi Guan AKA Jessie Guan

15

16

17

18

19

20

21

22

23

24

25

26

27

28